IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

SHARON BISHOP                                                                                  PLAINTIFF

V.                               CASE NO. 3:13CV00073 JTK

CAROLYN W. COLVIN, *Acting Commissioner*,
Social Security Administration
                                                                                               DEFENDANT

## JUDGMENT

Pursuant to the Memorandum and Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that the final determination of the Commissioner is affirmed and Plaintiff's case is dismissed with prejudice.

SO ADJUDGED this 5th day of February, 2014.

_____
UNITED STATES MAGISTRATE JUDGE